

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2014

No. 04-13-00668-CR

Javier **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3388
The Honorable Angus K. McGinty, Judge Presiding

## ORDER

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

After receiving and reviewing the *Anders* brief filed by appellant's attorney in this appeal, appellant filed a *pro se* letter stating that he had been released on parole and requesting that this appeal be dismissed so his release could be effectuated. Appellant's attorney has signed the letter indicating her agreement with the dismissal. The motion is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a). The clerk of the court is DIRECTED to issue the mandate in this appeal contemporaneously with the issuance of this order. TEX. R. APP. P. 18.1(c).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court